May 13, 2015

Fourteenth Court of Appeals
301 Fannin, Ste. 245
Houston, TX 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/13/2015 3:01:56 PM
CHRISTOPHER A. PRINE
Clerk

THE STATE OF TEXAS

COUNTY OF WALLER

      BEFORE ME, the undersigned authority, personally appeared LIZ PIRKLE, who being duly sworn according to law, on her oath states:


"My name is Liz Pirkle, I am of sound mind and capable of making this affidavit. I am personally acquainted with the facts stated in this affidavit and they are true and correct.


I am the DISTRICT CLERK OF WALLER COUNTY, TEXAS, and serve as the clerk of the 506th Judicial District Court, in which occurred the trial of the case entitled:


CITY OF HEMPSTEAD

VS.

WALLER COUNTY, TEXAS, COUNTY JUDGE GLENN BECKENDORFF, COMMISSIONER FRANK POKLUDA, COMMISSIONER STAN KITZMAN, COMMISSIONER JERON BARNETT, COMMISSIONER JOHN AMSLER, AND PINTAIL LANDFILL, L.L.C.

---

**Cause Number: 13-03-21872**

**Court of Appeals Number: 14-15-00322-CV**

I received a Notice of Appeal from DAVID A. CARP, attorney for GLENN BECKENDORFF, FRANK POKLUDA AND STAN KITZMAN, Appellants, on April 2, 2015.

Court of Appeals Number: 14-15-00322-CV
Trial Court Case Number: 13-03-21872

**The Clerk's Record is due on May 15, 2015. I am unable to complete the transcript by this date because our office did not receive the Designation of Record until April 28, 2015, and the record consists of approximately 7,400 pages. Additional time is needed to complete the preparation of the record, so a request for extension of time for filing the Clerk's Record is being requested.**

**When the record preparation is completed, it will be filed electronically.**

Liz Pirkle
DISTRICT CLERK

SUBSCRIBED and SWORN TO BEFORE ME BY LIZ PIRKLE, on this the 13th day of May, 2015.

Janie Derrick, Deputy DISTRICT CLERK

cc: Hon. Albert M. McCaig
David A. Carp, dcarp@hcmlegal.com
James P. Allison, j.allison@allison-bass.com
J. Eric Magee, e.magee@allison-bass.com
Corey R. Ouslander, couslander@olsonllp.com
V. Blayre Pena, bpena@hslawmail.com
Carol A. Chaney, carol.chaney@thechaneyfirm.net
Brent W. Ryan, bryan@msmtx.com
Robyn Wiley, reporter@court506.com
Marsha L. Burrus, shaburrus@sbcglobal.net
Maggie Raiford, maggie_raiford@yahoo.com
Kaetheryne Kyriell, kkyriell@gmail.com
Elton R. Mathis, e.mathis@wallercounty.us
Ruhee G. Leonard, r.leonard@wallercounty.us